ORIGINAL

FILED
U.S. DISTRICT COURT
2008 APR -8 A 9 49

CLERK _____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RUFUS J. DICKERSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-004 |
| | ) | |
| FRED BURNETTE, Warden, Telfair State Prison, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed IFP (doc. no.2) is **DENIED**, and this action is **DISMISSED** without prejudice.

SO ORDERED this 8 day of April, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE