ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2009 AUG 10 PM 1: 17
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| RUFUS J. DICKERSON, JR., | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. |
| | * CV 308-004 |
| FRED BURNETTE, Warden, et al., | * |
| Defendants. | * |

## O R D E R

By Order dated December 16, 2008, Plaintiff was afforded an opportunity to file objections to a Report and Recommendation issued in the case on March 13, 2008. No objections were filed. Accordingly, upon a *de novo* review of the file, the Court concurs with the Report and Recommendation, to which no objections have been filed. The Report and Recommendation of March 13, 2008 is hereby **ADOPTED** as the opinion of this Court. The case is **DISMISSED** without prejudice, and the Clerk shall **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of August, 2009.

UNITED STATES DISTRICT JUDGE

DHB (34)